No. 998. SAENGER REALTY CORP. *v.* GROSJEAN, COLLECTOR OF REVENUE. May 27, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a properly presented substantial federal question. (1)

*Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Herndon* v. *Georgia,* 295 U. S. 441, 443. (2) *Knights of Pythias* v. *Meyer,* 265 U. S. 30, 32; *Leffingwell* v. *Warren,* 2 Black 599, 603; *Great Northern Ry. Co.* v. *Sunburst Oil & Refining Co.,* 287 U. S. 358, 362. *Mr. Charles Rosen* for appellant. *Messrs. F. A. Blanche* and *E. Leland Richardson* for appellee.